| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 02-00523HG-09 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT NOV 16 2005 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY | DOCKET NUMBER (Rec. Court) CR 05-1122-GAF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: STACY HUNTER 2820 Vineyard Avenue Los Angeles, CA 90016 | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Helen Gillmor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/25/2005 | TO 2/24/2008 |

OFFENSE

21 U.S.C. §§ 846 and 841(a)(1) - CONSPIRACY TO POSSESS AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, a Schedule II controlled substance (Count 1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 14 2005
at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-13-05
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV 16 2005
Effective Date

_____
Chief United States District Judge
ALICEMARIE H. STOTLER

369