**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 24, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re:  U.S.A. vs. Stacy Hunter
           Criminal No. CR 02-00523HG-09
           CA No. 05-10168

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    4 Clerk's Files

Sealed document in expanding folder:
    One.

Reporters transcripts:
    One

and a certified copy of the docket sheet.  Thank you.

                              Sincerely,
                              SUE BEITIA, Clerk

                              By: Laila Geronimo, Deputy Clerk

cc: all parties of record