## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 24, 2006

Judge Barry G. Silverman
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., SPC 78, Suite 512
Phoenix   AZ   85003-2150

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 22 2006
DISTRICT OF HAWAII

In Re:   U.S.A. vs. Stacy Hunter
Criminal No. CR 02-00523HG-09
CA No. 05-10168

Dear   Judge Barry G. Silverman,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
  4 Clerk's Files    ( Ret'd 5 clks files ) JTE 3/17/06

Sealed document in expanding folder:
  One.

Reporters transcripts:
  One

RECEIVED
JAN 26 2006
Barry G. Silverman
U.S. Circuit Judge

and a certified copy of the docket sheet.  Thank you.

Sincerely,
SUE BEITIA, Clerk

By: Laila Geronimo, Deputy Clerk