**ORIGINAL**

PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR05-01122 |
| DOCKET NUMBER (Rec. Court) | CR 02-00523HG-09 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| STACY HUNTER<br>2814 Vineyard<br>Los Angeles, California 90016 | Central District of California | Los Angeles |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Helen Gillmor | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/25/05 — TO 2/24/08 |

**OFFENSE**

21 USC 846, 841: Conspiracy to Possess and Possession With Intent to Distribute Cocaine Base, a Schedule II Controlled Substance

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 01 2008

at 10 o'clock and 55 min. A.M.
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __CENTRAL__ DISTRICT OF __CALIFORNIA__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __DISTRICT OF HAWAII__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/29/08
_Date_                        _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-31-08
_Effective Date_                _United States District Judge_