# MINUTES

CASE NUMBER:      CR NO. 02-00523HG

CASE NAME:        United States of America Vs. (09) Stacy Hunter

ATTYS FOR PLA:    Loretta A. Sheehan

ATTYS FOR DEFT:   (09) Lynn Panagakos

INTERPRETER:

JUDGE: Helen Gillmor           REPORTER: Gloria Bediamol

DATE: 08/29/2008               TIME: 3:30pm-3:51pm

COURT ACTION: EP: As to Defendant (09) Stacy Hunter

ORDER TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED:

Defendant present in Custody. Defendant admits to violations Numbers 1 through 7 as stated in the Request for Course of Action filed on August 6, 2008.

Court finds that the Defendant did violate conditions of Probation.

Court will Revoke Probation as to the Defendant.

Oral Request for Continuance of the Sentencing is hereby Granted.

Sentencing continued to September 30, 2008 @11:30 a.m.

Defendant remanded to the Custody of the U.S. Marshal's

Submitted by Leslie L. Sai, Courtroom Manager