LYNN E. PANAGAKOS        7696
345 Queen Street
Second Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Facsimile: (808) 566-0347
E-mail: lynnpanagakos@yahoo.com

Attorney for Defendant
STACY HUNTER

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CR. NO. 02-00523-HG-09 |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| STACY HUNTER (02), | ) | Date: |
| et al., | ) | Time: |
| Defendants. | ) | Judge: |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel for defendant STACY HUNTER hereby moves to withdraw on the ground that the attorney client relationship is irretrievably broken and undersigned counsel cannot effectively communicate with Ms. Hunter. These problems have substantially impaired undersigned counsel's ability to prepare for Ms. Hunter's resentencing.

-2-

DATED:   September 15, 2008, Honolulu, Hawaii.

Respectfully submitted,

/s/ Lynn E. Panagakos

LYNN E. PANAGAKOS<br>
Attorney for Defendant<br>
STACY HUNTER

-2-

-3-

## CERTIFICATE OF SERVICE

I, Lynn E. Panagakos, hereby certify that a true and correct copy of the foregoing document will be duly served on the following:

> EDWARD H. KUBO, JR.
> United States Attorney
> LORETTA A. SHEEHAN
> Assistant United States Attorney
> PJKK Federal Building
> 300 Ala Moana Blvd., Room 6100
> Honolulu, Hawaii 96850
> Attorney for United States

DATE: Sept. 15, 2008

Lynn E. Panagakos